OKLAHOMA CITY *et al.* v. HUBATKA.

No. 2521.   Opinion Filed February 18, 1913.

*Error from Superior Court, Oklahoma County;*
*Russell G. Lowe, Special Judge.*

Action by John Hubatka against the City of Oklahoma City, Henry M. Scales, Mayor, Dan B. Lackey, acting mayor, and others.   Judgment for plaintiff, and defendants bring error. Dismissed.

Opinion by HARRISON, C.   The petition in error and case-made in this cause was filed in this court April 13, 1911, and assigned for submission December 6, 1912.   No briefs having been filed by either party, the appeal is deemed to have been abandoned and the cause should be dismissed.

By the Court:   It is so ordered.